

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00079-CR

Derek **ATKINS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court, Atascosa County, Texas
Trial Court No. 31690
Honorable Lynn Ellison, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED April 4, 2018.

_____
Karen Angelini, Justice